RECEIVED
IN LAKE CHARLES, LA
JUL 23 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HERMAN CURTIS ALDRICH, JR.<br>DOC #465230 | : | DOCKET NO. 2:09-cv-473 |
| VS. | : | JUDGE MINALDI |
| JERRY GOODWIN, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is **ORDERED** that plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of July, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE